# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robert L. Santini

Debtor(s)

BK NO. 20-02953 RNO

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Gateway Mortgage Group, a division of Gateway First Bank and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
12 Oct 2020, 15:40:05, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322