United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                       Case No. 20-02953-RNO

Robert L. Santini                                  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                            Page 1 of 2
Date Rcvd: Nov 10, 2020                  Form ID: ntcnfhrg                        Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Santini, 411 Avenue H, Matamoras, PA 18336-1307 |
| cr | + | Anna Ayoub, 693 Route 739, # 1, Hawley, PA 18428-6083 |
| 5363749 | + | Citibank, c/o RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 5363750 | + | Cllcn Bureau of the Hu, 155 North Plank Rd, Newburgh, NY 12550-1747 |
| 5363751 | #+ | Five Start Bank, 44 Liberty Street, Bath, NY 14810-1597 |
| 5363752 | + | Gateway 1st Fka Gtwy Mtg., 6910 E. 14th Street, Tulsa, OK 74112-6618 |
| 5363753 | | Internal Revenue Service, Harrisburg, PA 17101 |
| 5363755 | | LVNV Funding, LLC, c/o Resurgent Capital Services, Greenville, SC 29602 |
| 5363760 | + | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2020 19:33:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5370303 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Nov 10 2020 19:23:00 | Five Star Bank, 100 Chestnut Street 13th Floor, Rochester, NY 14604 |
| 5363754 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2020 19:34:04 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5364551 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2020 19:34:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5371727 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2020 19:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5363756 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2020 19:34:02 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5363757 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2020 19:33:40 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5363948 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2020 19:33:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5363761 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 10 2020 19:23:00 | VW Credit, Inc., 1401 Franklin Blvd., Libertyville, IL 60048-4460 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5371728 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5363758 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5363759 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John J. Martin | on behalf of Debtor 1 Robert L. Santini jmartin@martin-law.net kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com |
| Mark E. Moulton | on behalf of Creditor Anna Ayoub markmoulton@moultonslaw.com staff@moultonslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Gateway Mortgage Group a division of Gateway First Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert L. Santini,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−02953−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 30, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 6, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: ChristinaKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 10, 2020 |

ntcnfhrg (03/18)