United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                  Case No. 20-02953-MJC

Robert L. Santini                                Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                      User: AutoDocke                                      Page 1 of 2

Date Rcvd: Aug 05, 2021                             Form ID: pdf010                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Santini, 411 Avenue H, Matamoras, PA 18336-1307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021                                  Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John J. Martin | on behalf of Debtor 1 Robert L. Santini jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Keri P Ebeck | on behalf of Creditor VW Credit Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Mark E. Moulton | on behalf of Creditor Anna Ayoub markmoulton@moultonslaw.com staff@moultonslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Gateway Mortgage Group a division of Gateway First Bank bkgroup@kmllawgroup.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ROBERT SANTINI :
      DEBTOR(S). : BK NO. 5-20-bk-2953-MJC
       :

## ORDER TO CONVERT TO CHAPTER 7 BANKRUPTCY

Upon consideration of the foregoing Motion to Convert to a Chapter 7 Bankruptcy and good cause having been shown, it is hereby ORDERED and DECREED, that the above captioned Motion by Debtor to Convert to Chapter 7 Bankruptcy is hereby GRANTED.

Dated: August 5, 2021            By the Court,

                                                   Mark J. Conway, Bankruptcy Judge  (CN)